NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1309
(Serial No. 09/780,248)

IN RE SCOTT C. HARRIS

Appeal from the United States Patent and Trademark Office,
Board of Patent Appeals and Interferences.

ON MOTION

O R D E R

Upon consideration of the appellant's motion to voluntarily dismiss this appeal,

IT IS ORDERED THAT:

(1)     The motion is granted.

(2)     Each side shall bear its own costs.

FOR THE COURT

JUN - 3 2009

Date

/s/ Jan Horbaly

Jan Horbaly
Clerk

cc:     Scott C. Harris
        Raymond T. Chen, Esq.
s8

ISSUED AS A MANDATE: JUN - 3 2009

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 03 2009

JAN HORBALY
CLERK